**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **WILMINA PATRICK REED,** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO.** |
| v. | § § | **1:06-CV-1488-cc-ltw** |
| **AFFILIATED COMPUTER SERVICES, INC., A/K/A/ "ACS,"** | § § § | |
| **Defendant.** | § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

**I.**

**INTRODUCTION**

Plaintiff Wilmina Reed (Plaintiff) and Defendant Affiliated Computer Services, Inc. (Defendant) (collectively the Parties) file this Joint Motion to Dismiss With Prejudice.

**II.**

**BASIS FOR THE MOTION**

All matters in controversy have been compromised and, therefore, the Parties respectfully move this Court to dismiss all Plaintiff's claims and causes of action against Defendant with prejudice, with each party bearing their own court costs.

**III.**

**PRAYER**

Plaintiff and Defendant respectfully request this Court grant their Joint Motion to Dismiss With Prejudice, and that the Court enter the attached Agreed Order of Dismissal With Prejudice.

    /s/ Diane Cherry  _____
DIANE CHERRY
**THE CHERRY LAW FIRM**
1301 Shiloh Road, Suite 1620
Kennesaw, GA  30144
770-444-3399 / 770-444-3376 (Fax)
**ATTORNEYS FOR PLAINTIFF**

**AND**

    /s/ Matthew R. Scott (by permission) \_\_\_\_
MATTHEW R. SCOTT
Texas Bar No. 00794613

**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, TX 75204
214-740-1400 / 214-740-1499 (Facsimile)
**ATTORNEYS FOR DEFENDANT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **WILMINA PATRICK REED,** § § | |
| **Plaintiff,** § § | |
| § | **CIVIL ACTION NO.** |
| **v.** § § | **1:06-CV-1488-cc-ltw** |
| **AFFILIATED COMPUTER** § | |
| **SERVICES, INC., A/K/A/ "ACS,"** § § | |
| **Defendant.** § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Today the Court considered Plaintiff Wilmina Reed (Plaintiff) and Defendant Affiliated Computer Services, Inc.'s (Defendant) (collectively the Parties) Joint Motion to Dismiss With Prejudice. The Court grants the Motion.

All Plaintiff's claims and causes of action are hereby dismissed with prejudice.

Each party bears its own costs.

SO ORDERED.

Signed this ___ day of October, 2007.

_____
HON. LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILMINA PATRICK REED, § § | |
| Plaintiff, § § | |
| § | CIVIL ACTION NO. |
| v. § § | 1:06-CV-1488-cc-ltw |
| AFFILIATED COMPUTER § SERVICES, INC., A/K/A/ "ACS," § § | |
| Defendant. § | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed a Joint Motion for Dismissal With Prejudice with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Matthew R. Scott
**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204

                s/ Diane Cherry
                Georgia State Bar No. 123391
                Attorney for Plaintiff
                **THE CHERRY LAW FIRM, P.C.**
                1301 Shiloh Road, Suite 1620
                Kennesaw, Georgia 30144